ACCEPTED
04-14-00913-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/19/2015 2:52:44 PM
KEITH HOTTLE
CLERK

## No. 04-14-00913-CV

### IN THE
### FOURTH COURT OF APPEALS
### SAN ANTONIO

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

10/19/2015 2:52:44 PM

KEITH E. HOTTLE
Clerk

DAVID MEDRANO,
*Appellant*,

v .

FIDELITY NATIONAL TITLE INSURANCE COMPANY, SUCCESSOR BY
MERGER LAWYERS TITLE INSURANCE CORPORATION, BARCLAYS
CAPITAL REAL ESTATE INC. D.B.A. HOMEQ, AS SERVICING AGENT
FOR DEUTSCHE BANK NATIONAL TRUST COMPANY
AS TRUSTEE, ET AL,
*Appellees*.

ON APPEAL FROM THE 37TH JUDICIAL DISTRICT COURT
BEXAR COUNTY, TEXAS
CAUSE NUMBER 2008-CI-00027

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE FIDELITY NATIONAL TITLE INSURANCE COMPANY'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

Appellee, Fidelity National Title Insurance Company, Successor by Merger with Lawyers Title Insurance Corporation ("Fidelity"), respectfully files this unopposed motion for extension of time to file its Appellee's brief.

1

1.	Appellant David Medrano filed Appellant's brief on September 17, 2015, after obtaining three extensions of the deadline to file his brief.

2.	The current deadline for filing Appellees' brief is October 19, 2015.

3.	Fidelity seeks a 30-day extension until November 18, 2015 of the deadline in which to file its brief.

4.	This motion is unopposed. This is Fidelity's first request for an extension of its briefing deadline.

5.	The Court has also granted a thirty-day extension to Appellee Deutsche Bank National Trust Company, Trustee in which to file its brief.

6.	The following grounds provide good cause for extending the time to file the brief. Counsel for Fidelity has been and continues to be engaged in other litigation with imminent deadlines that will prevent them from completing Appellees' brief before the deadline, including, *but not limited to*, the following:

- Preparation for jury trial in 2012-CI-13430, *Stephen Torres v. City of San Antonio et al.*, in the 224th District Court, Bexar County, Texas. Jury trial was set for October 19, 2015. On Friday, October 16, 2015, counsel received an Order from the Court granting a motion for summary judgment on the case. However, this was not before counsel was required to prepare for the jury trial that was expected to last one to two weeks.

- Preparation and attendance at a mediation of Cause No. 2014-CI-01756; *Alamo Fireworks, Inc. v. Mr. W Fireworks, Inc.*; In the 150th Judicial District Court, Bexar County, Texas. The mediation occurred on October 7, 2015.

7.    This motion is not filed for the purpose of delay, but to allow Fidelity's counsel adequate time to prepare its brief.

For these reasons, Appellee, Fidelity National Title Insurance Company, Successor by Merger with Lawyers Title Insurance Corporation, respectfully requests the Court grant an extension of time to file its Appellee's brief until November 18, 2015.

Respectfully submitted,

By: */s/ Aaron M. Barton*
**Fred R. Jones**
Texas Bar No. 10886700
jones@goodelaw.com
**Aaron M. Barton**
Texas Bar No. 24059430
barton@goodelaw.com
Goode, Casseb, Jones
Riklin, Choate & Watson, P.C.
P.O. Box 120480
San Antonio, Texas 78212
Telephone: (210) 733-6030
Facsimile: (210) 733-0330

*Attorneys for Fidelity National Title*
*Insurance Company, Successor by Merger*
*with Lawyers Title Insurance Corporation*

3

## CERTIFICATE OF CONFERENCE

I, Aaron M. Barton, certify that I conferred with counsel for Appellant and counsel for all other Appellees on October 19, 2015, and counsel for all parties stated they are unopposed to the requested extension.

*/s/ Aaron M. Barton*
Aaron M. Barton

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2015, a true and correct copy of the foregoing was sent by facsimile, as follows:

Gregory T. Van Cleave
The Law Office of
Albert W. Van Cleave, III PLLC
1520 W. Hildebrand
San Antonio, TX 78201

Thomas E. Quirk
Aaron & Quirk
Law Offices of Aaron & Quirk
8700 Crownhill Boulevard, Suite 600
San Antonio, Texas 78209

Valerie Henderson
Kari Robinson
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
1301 McKinney Street, Suite 3700
Houston, Texas 77010

*/s/ Aaron M. Barton*
Aaron M. Barton